IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United Government Security Officers Of America, International Union and its Local Union #34 8620 Wolff Court, Suite 210 Westminster, CO 80031 | ) ) ) ) ) | Case No.: |
| | ) | |
| Plaintiff, | ) ) | Judge: |
| -vs- | ) ) | |
| Systems Training and Resource Technologies, Inc., aka StarTech c/o Welden Waites 5501 Blacklick Rd., Suite 200 Springfield, VA  22151 | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

### Complaint

COME NOW the Plaintiffs, by and through their counsels of record, and for their Complaint against the Defendant, allege as follows:

1.  This action arises under, and jurisdiction is conferred on the Court by virtue of Section 301 of the Labor-Management Relations Act of 1947 (29 USC § 185), referred to as the LMRA. Moreover, this action involves an actual controversy between the parties, and the Court is therefore vested by the provisions of the Declaratory Judgment Act of June 25, 1948, c. 646, 62 Stat. 964, as amended (28 USC §§ 2201, 2202), with power to render declaratory judgment, and grant the other relief requested.

### JURISDICTION

2.  This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§1331 and 1337 because the claims arise under Section 301 of the Labor Management Relations Act, 29 U.S.C. §185(a).

1

## VENUE

3. Venue is proper in this District by virtue of 28 U.S.C. §1391(a) as the Defendant's conduct and breach which gave rise to this matter occurred in Washington D.C.

## PARTIES

4. Plaintiffs, United Government Security Officers of America, International Union and its Local Union 34 (collectively the "UGSOA" and/or "Plaintiffs") are the exclusive bargaining representatives with respect to wages, hours, and other terms and conditions of employment for employees of Defendant at various locations in Washington D.C. The UGSOA is a labor organization representing employees in an industry affecting commerce, as defined in Sections 501(1) and (3) and 2(5) of the LMRA (29 USC §§ 142(1) and (3) and 152(5)), and within the meaning of Section 301 of the LMRA (29 USC § 185). The UGSOA maintains its principal offices in Westminster, Colorado and its authorized officers or agents are engaged in representing or acting for Defendant's employee members at various locations in Washington D.C.

5. Defendant, Systems Training and Resource Technologies, Inc., ("Defendant and/or StarTech") is, upon information and belief, a Virginia corporation doing business is various states and judicial districts, including this judicial district, with its principal place of business in Springfield, Virginia, and, for all relevant time periods, was an employer as that term is defined under the Labor Management Relations Act, 29 U.S.C. §152(2). Defendant is an employer in an industry affecting commerce, as defined in Sections 501(1) and (3) 2(2) of the LMRA (29 USC §§ 142(1) and (3) and 152(2)), and within the meaning of Section 301 of the LMRA (29 USC § 185).

5. From September 13, 2004 to September 30, 2007 the UGSOA and StarTech maintained and enforced a collective bargaining agreement ("CBA") covering terms and conditions of employment for certain StarTech employees, requiring among other things, the obligation to deduct and pay union dues to the UGSOA. A copy of the CBA is not attached as the parties hereto already possess complete copies of the same.

6. At all material times, UGSOA has been authorized and designated to act as the designated representative with respect to the administration of various aspects of the collective-bargaining agreement, including the collection of union dues, and the Defendant has recognized the UGSOA as such representative.

7. Beginning in or about September 2006, and continuing to the present date, the Defendant deducted union dues from its employees' payroll checks in the approximate amount of $24,000.00, but has refused to remit the union dues deductions to the UGSOA.

8. Defendant's refusal to remit the union dues as required by the CBA is and has been in bad faith and is a deliberate and premeditated action on its part designed to thwart the effectiveness and efficiency of the Plaintiffs representation of Defendant's employees. StarTech's actions in this regard constitute a willful violation, breach and abrogation of the parties' CBAs in violation of Section 301 of the Labor Management Relations Act, 29 U.S.C. §185(a).

9. Defendant's failure to abide by the provisions of the CBA, and its violation of the provisions relative to the payment of union dues has caused great resentment among the employees in the respective bargaining units, and seriously threatens and jeopardizes the amicable relations formerly existing between the parties.

10. Pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. §185(a), this Court is empowered to determine that the Defendant has breached the CBA in addition to ordering and compelling the Defendant to pay the delinquent union dues in accordance with the applicable CBA.

11. By refusing to remit the union dues in accordance with the CBA, the Defendant breached its contractual obligations with the UGSOA in violation of Section 301 of the Labor Management Relations Act, 29 U.S.C. §185(a), and has thereby caused damage to the Plaintiffs and their members.

## COUNT II
## FOR DECLARATORY RELIEF AND DAMAGES FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT

12. Plaintiffs hereby incorporate, as if set forth in full below, and realleges each and every statement and allegation contained in all previous paragraphs.

13. In addition to and in the alternative, the Plaintiffs further allege that they do not have an adequate remedy at law, since only a judgment declaring that the Defendant is obligated to remit union dues and specific enforcement of the contractual provisions of the Agreement relative to the same will not provide the Plaintiffs with the relief required under the circumstances.

14. Pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. §185(a), and the Declaratory Judgment Act of June 25, 1948, c. 646, 62 Stat. 964, as amended (28 USC §§ 2201, 2202), this Court is empowered to render declaratory judgment relief, and grant other relief requested, and to determine that StarTech has breached the CBA, in addition to ordering and compelling the Defendant to remit the unpaid union dues in accordance with the applicable CBA.

15. As a direct and proximate result of StarTech's failure to abide by the provisions of the CBAs, its employees have suffered the loss of income deducted as union dues which they believed were being paid to the Plaintiffs in accordance with the applicable CBA.

WHEREFORE, the Plaintiffs respectfully requests judgment against the Defendant as follows:

A. The Court enter a judgment declaring that the Defendant is obligated to remit union dues under the applicable provisions of its CBA with the Plaintiffs, and that Defendant has breached its contractual and statutory obligation in failing and refusing to do so;

B. For an order directing and compelling the Defendant to provide an accounting of all union dues deducted from its employee payroll for the period of January 1, 2006 to the present date for those employees represented by the Plaintiffs and an order directing the Defendant to immediately pay all deducted and unpaid union dues for each of its employees represented by the Plaintiffs;

C. For an order awarding Plaintiffs' their attorneys' fees and costs incurred in bringing this action;

D. For an award of pre and post judgment interest;

E. For an award of damages in an amount to be determined at trial, including, but not limited to, exemplary, punitive and/or liquidated damages, as may be awarded under the Labor Management Relations Act and/or in the Court's discretion;

F. For such other relief as the Court deems proper.

DATED this 13th day of December, 2007.

Respectfully submitted,

*Leslie Deak*

Leslie Deak, Esq. [PA0009]
**Law Offices of Leslie Deak**
1016 16th Street, N.W., Suite 300
Washington, D.C. 20036
Tel.: (202) 822-8736
Fax: (202) 862-4432
deaklaw@comcast.com

and

**John A. Tucker Co., L.P.A**

*John A. Tucker*

John A. Tucker (0052055 - OH. S.Ct.)
1 South Main Street, Suite 301
Akron, Ohio 44308
Tel: (330) 253-7100
Fax: (330) 253-2500
jatucker@jatuckerlaw.com

ATTORNEYS FOR PLAINTIFF,
INTERNATIONAL UNION, UNITED
GOVERNMENT SECURITY
OFFICERS OF AMERICA, and Its Local
Union #34

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United Government Security Officers of America, International Union and its Local 34 | Systems Training and Resources Technologies, Inc. |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Adams<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Law Offices of Leslie Deak<br>1016 16th Street, N.W., Suite 300<br>Washington, D.C. 20036<br>Tel.: (202) 822-8736 | ATTORNEYS (IF KNOWN)<br>Unknown |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ● K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☒ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ approx $24,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 12/12/07   SIGNATURE OF ATTORNEY OF RECORD *Leslie Deak*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.