# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA INTERNATIONAL UNION AND ITS LOCAL UNION 34,<br><br>    Plaintiff,<br><br>v.<br><br>SYSTEMS TRAINING & RESOURCE TECHNOLOGIES, INC.<br><br>    Defendant. | Case No. 07-02256(RJL) |

## NOTICE OF CORRECTED ADDRESS

Plaintiffs' counsel Leslie Deak hereby gives notice of a correction to her address. Plaintiffs' co-counsel John Tucker drafted and filed the Complaint and inadvertently used an old address for Attorney Deak. At the time he filed the Complaint, Attorney Deak was in the hospital for an appendectomy and was unavailable to review the filing. The correct contact information for Attorney Deak is as follows: Leslie Deak, Law Offices of Leslie Deak, 1200 G Street, N.W., Suite 800, No. 099, Washington, D.C. 20005, tel. (512) 322-3911, fax (512) 322-3910. Her electronic mail address is deaklaw@comcast.net.

    Plaintiffs apologize for any confusion or inconvenience from the mistake.

                                                                    Respectfully Submitted,

/s/
_____
Leslie Deak, Esq. [PA0009]
Law Offices of Leslie Deak
1200 G Street, N.W.
Suite 800, #099
Washington, D.C.  20005
Tel.:   (512) 322-3911
Fax:    (512) 322-3910


/s/
_____
John A. Tucker (0052055 - OH. S.Ct.)
1 South Main Street
The United Building
Akron, OH 44308
Tel.:   (330) 253-7100
Fax:    (330) 253-2500