UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED GOVERNMENT SECURITY ) <br> OFFICERS OF AMERICA, ) <br> INTERNATIONAL UNION AND ITS ) <br> LOCAL UNION #34, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SYSTEMS TRAINING AND ) <br> RESOURCE TECHNOLOGIES, INC., ) <br> ) <br> Defendant. ) | Civil Case No. 07-2256 (RJL) |

**ORDER**
(July 14, 2008)

Plaintiff filed this civil action on December 14, 2007. One summons was issued. It does not appear from the record that service has been effected. "If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. . . . [I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). The 120-day period having run, it is hereby

**ORDERED** that plaintiff shall show cause within 30 days of this Order why this action should not be dismissed. If plaintiff does not file a response by that date, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge