AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United Government Security Officers of
Americal, International Union, and its Local
34

**SUMMONS IN A CIVIL CASE**

V.

Systems Training and Resources
Technologies, Inc.

Case: 1:07-cv-02256
Assigned To : Leon, Richard J.
Assign. Date : 12/14/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

Systems Training and Resources Technologies, Inc.
Attn: Mr. Weldon Waites
5501 Blacklick Rd., Suite 200
Springfield, Virginia 22151

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LESLIE DEAK
1016 16TH STREET, N.W.
SUITE #300
WASHINGTON, D.C. 20036

LAW OFFICES OF LESLIE DEAK
1200 G STREET, NW.
SUITE 800, No. 099
WASHINGTON, DC 20005

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    DEC 14 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/14/08 |
| NAME OF SERVER (PRINT) P. LESLIE DEAK | TITLE Attorney / Plaintiff's Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVICE VIA CERTIFIED MAIL, FIRST-CLASS MAIL, RETURN RECEIPT

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/14/08
                  Date                    Signature of Server

1200 G St., NW, Suite 800, No. 099
Address of Server
Washington, DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Shaw K_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) Shauk B...    C. Date of Delivery 2-4/08 |
| 1. Article Addressed to:<br><br>Systems Training & Resources Tech., Inc.<br>Attn: Mr. Weldon Waites<br>~~5501 Backlick Road, Suite 200~~<br>~~Springfield, VA 22151~~ | D. Is delivery address different from item 1? ☑ Yes   ☐ No<br>If YES, enter delivery address below:<br>4840 Forest Dr Ste 21<br>Columbia SC 29206 |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0000 5579 9319 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540