UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED GOVERNMENT SECURITY OFFICERS )<br>    OF AMERICA INTERNATIONAL UNION )<br>    AND ITS LOCAL UNION 34 )<br>    )<br>    Plaintiff, )<br>    )<br>v.    )<br>    )<br>SYSTEMS TRAINING & RESOURCE )<br>    TECHNOLOGIES, INC. )<br>    )<br>    Defendant. )<br>_____ ) | Case No. 07-02256(RJL) |

**PLAINTIFFS' RESPONSE TO THE COURT'S JULY 16, 2008 ORDER
TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED**

COMES NOW Plaintiffs, by and through counsel, and hereby files the instant Response to the Court's July 16, 2008, Order ("Order") to show cause why this case should not be dismissed for failure to serve Defendant Systems Training and Resource Technologies, Inc. ("Defendant" or "STARTECH"). Plaintiffs did timely serve the complaint in this case on Defendant, making dismissal of this case on those grounds improper.

On January 25, 2008, Plaintiffs served the summons and complaint in this case on Defendant via certified mail, return receipt requested. Defendant STARTECH received service on or about February 4, 2008. Exhibit 1. February 4, 2008, is only fifty-two (52) days after the date on which this case was filed. As such, service was timely and proper under FED. R. CIV. P. 4(h).

Plaintiffs apologize to the Court for their failure to timely file proof of service. Plaintiffs have filed their proof of service and attached it to this Response as Exhibit 1. Plaintiffs regret

any inconvenience it has caused the Court.

Accordingly, Plaintiffs respectfully request that the Court accept this Response as showing good cause for this case to continue being litigated and not dismiss the case for failure of service on Defendant.

Respectfully Submitted,

/s/
_____
Leslie Deak, Esq. [PA0009]
Law Offices of Leslie Deak
1200 G Street, N.W.
Suite 800, #099
Washington, D.C.  20005
Tel.:   (512) 322-3911
Fax:   (512) 322-3910

/s/
_____
John A. Tucker (0052055 - OH. S.Ct.)
1 South Main Street
The United Building
Akron, OH 44308
Tel.:   (330) 253-7100
Fax:   (330) 253-2500

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the attached document on the party listed below via priority mail postage prepaid on this date, the 15th of August, 2008.

Systems Training & Resources Technologies, Inc.
4840 Forest Drive
Suite 21
Columbia, SC 29206

/s/   Leslie Deak
_____
Leslie Deak

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United Government Security Officers of
Americal, International Union, and its Local
34

**SUMMONS IN A CIVIL CASE**

V.

Systems Training and Resources
Technologies, Inc.

Case: 1:07-cv-02256
Assigned To : Leon, Richard J.
Assign. Date : 12/14/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

Systems Training and Resources Technologies, Inc.
Attn: Mr. Weldon Waites
5501 Blacklick Rd., Suite 200
Springfield, Virginia 22151

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LESLIE DEAK
1016 16TH STREET, N.W.
SUITE #300
WASHINGTON, D.C. 20036

LAW OFFICES OF LESLIE DEAK
1200 G STREET, NW.
SUITE 800, No. 099
WASHINGTON, DC 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          DEC 14 2007
CLERK                             DATE

_(By) DEPUTY CLERK_

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/14/08 |
| NAME OF SERVER (PRINT) P. LESLIE DEAK | TITLE Attorney / Plaintiff's Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVICE VIA CERTIFIED MAIL, FIRST-CLASS MAIL, RETURN RECEIPT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/08        _____[signature]_____
              Date                Signature of Server

1200 G ST, NW, SUITE 800, NO. 099
Address of Server
WASHINGTON, DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name) Shauk B...  C. Date of Delivery 2-8-08 |
| 1. Article Addressed to:<br><br>Systems Training & Resources Tech., Inc.<br>Attn: Mr. Weldon Waites<br>~~5501 Backlick Road, Suite 200~~<br>~~Springfield, VA 22151~~ | D. Is delivery address different from item 1? ☑ Yes  ☐ No<br>If YES, enter delivery address below:<br>4840 Forest Dr Ste 21<br>Columbia SC 29206<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0000 5579 9319 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540