UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED GOVERNMENT SECURITY OFFICERS<br>    OF AMERICA INTERNATIONAL UNION<br>    AND ITS LOCAL UNION 34<br><br>    Plaintiff,<br><br>v.<br><br>SYSTEMS TRAINING & RESOURCE<br>    TECHNOLOGIES, INC.<br><br>    Defendant. | Case No. 07-02256(RJL) |

## PLAINTIFFS' MOTION FOR DEFAULT

COMES NOW Plaintiffs, by and through counsel, and respectfully moves this Court for default to be entered against Defendant Systems Training and Resource Technologies, Inc. ("Defendant" or "STARTECH"). Plaintiffs properly served Defendant in February 2008. To date, Defendant has failed to file any response or answer to the complaint. Based on Defendant's failure to defend this case in accordance with the Federal Rules of Civil Procedure, Plaintiffs request that default be entered against Defendant pursuant to Fed. R. Civ. P. 55(a).

As explained in their Response to the Court's July 16, 2008, Order to Show Cause Why the Case Should Not Be Dismissed, Plaintiffs properly served Defendant with the complaint and summons on or about February 4, 2008. Pursuant to Fed. R. Civ. P. 4(h), "service upon a domestic or foreign corporation . . . must be served: (1) in a judicial district of the United States . . . in the manner prescribed by Rule 4(e)(1) for serving an individual;" Rule 4(e)(1) provides that service may be effectuated by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is


made." Fed. R. Civ. P. 4(e)(1). The District of Columbia Rules of Civil Procedure provide that, for the purposes of the District of Columbia courts, service may be made on corporations "by mailing a copy of the summons, complaint and initial order to the person to be served by registered mail, return receipt requested." D.C.R. Civ. P. 4(c)(3). See also, Estate of Klieman v. Palestinian Auth., 547 F. Supp. 2d 8, 13 (D.D.C. 2008). Plaintiffs served Defendant by certified mail, return receipt requested, and received the return receipt in February 2008. See Return of Service, Docket Entry No. 5 (Aug. 15, 2008).

Since that time, Defendant has not responded whatsoever. It failed to file any answer to the complaint, which was due on or about February 25, 2008. Further, Defendant failed to take any alternative appropriate action, such as entering a limited appearance for the purpose of disputing jurisdiction or service or seeking additional time in which to file an answer.

Defendant failed to defend this action as required by this Court and the Federal Rules of Civil Procedure. As such, entry of default judgement is appropriate under Fed. R. Civ. P. 55(a).

Respectfully Submitted,

/s/
_____
Leslie Deak, Esq. [PA0009]
Law Offices of Leslie Deak
1200 G Street, N.W.
Suite 800, #099
Washington, D.C. 20005
Tel.: (512) 322-3911
Fax: (512) 322-3910

/s/
_____
John A. Tucker (0052055 - OH. S.Ct.)
1 South Main Street
The United Building
Akron, OH 44308
Tel.:   (330) 253-7100
Fax:   (330) 253-2500

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the attached document on the party listed below via priority mail postage prepaid on this date, the 18th of August, 2008.

Systems Training & Resources Technologies, Inc.
4840 Forest Drive
Suite 21
Columbia, SC 29206

/s/    Leslie Deak
_____
Leslie Deak

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED GOVERNMENT SECURITY OFFICERS )<br>    OF AMERICA INTERNATIONAL UNION )<br>    AND ITS LOCAL UNION 34 )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>SYSTEMS TRAINING & RESOURCE )<br>    TECHNOLOGIES, INC. )<br>    )<br>    Defendant. )<br>_____) | Case No. 07-02256(RJL) |

### **ORDER**

WHEREFORE, upon consideration of Plaintiffs' Motion for Default and Defendant's utter failure to defend this action, it is on this date, the ___ of August, 2008, hereby

ORDERED that default be entered into the record against Defendant.

_____
Clerk of the Court