**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

**Track & Confirm**    **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0000 5579 9319**
Status: **Delivered**

Your item was delivered at 11:08 am on February 04, 2008 in COLUMBIA, SC 29206. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.


( Go > )

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA

    Plaintiff(s)

    v.

Civil Action No. 07-2256 RJL

SYSTEMS TRAINING AND RESOURCE TECHNOLOGIES, INC.,

    Defendant(s)

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 2/4/08, and an affidavit on behalf of the plaintiff having been filed, it is this 18TH day of AUGUST, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /S/ Tawana Davis

Deputy Clerk